IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:17-cv-76-FL

WILLIAM SHULTZ,

        Plaintiff,

v.

ANDREW SAUL,
Commissioner of Social Security,

        Defendant.

**ORDER**

This action being submitted to the Court for an Order upon Plaintiff's showing that the Commissioner of Social Security should pay the sum of $25,000.00 for attorney fees, representing less than 25% of Plaintiff's accrued back benefits (which are $112,853.00, as specified in notice appended to the government's response), to be paid from Plaintiff's back benefits pursuant to § 406(b) of the Social Security Act. It also appearing that upon receipt of the 406(b) fee, Plaintiff's counsel shall pay to Plaintiff the lesser EAJA fee of $3,990.00.

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff's counsel, Charlotte W. Hall, the sum of $25,000.00, sent to her office address at P.O. Box 58129, Raleigh, North Carolina 27658, and that Plaintiff's counsel pay to Plaintiff the sum of $3,990.00 and upon the payment of such sums, this case is dismissed with prejudice.

This 24th day of September, 2019,

                                              LOUISE W. FLANAGAN
                                              United States District Judge